FILED
2015 Jul-07 PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| F.N. PS90 RIFLE, 57 CAL., SERIAL NO. FN084832, | ) | |
| | ) | |
| ISRAEL WEAPON IND-IWI UZI PISTOL, | ) | |
| | ) | |
| KRISS USA INC. KRISS VECTOR CR, | ) | |
| | ) | |
| ARMALITE M15 RIFLE, 223 CAL., SERIAL NO. US234208, | ) | |
| | ) | |
| MOSSBERG 600AT SHOTGUN, 12 CAL., SERIAL NO. H495560, | ) | |
| | ) | |
| TAURUS 66 REVOLVER, 357 CAL., SERIAL NO. 63973, | ) | |
| | ) | |
| 552 ROUNDS OF ASSORTED AMMUNITION, | ) | |
| | ) | |
| Defendants. | ) | |

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

Comes now the United States of America, by and through its counsel, Joyce White Vance, United States Attorney for the Northern District of Alabama, and

Jennifer S. Murnahan, Assistant United States Attorney for this district, and respectfully shows the Court the following in support of its Complaint for Forfeiture:

1. This is a civil action *in rem* for the forfeiture of the following firearms and ammunition, pursuant to 18 U.S.C. § 924(d):

    a. F.N. PS90 Rifle, 57 Cal., Serial Number FN084832;

    b. Israel Weapon IND-IWI UZI Pistol;

    c. Kriss USA Inc., Kriss Vector CR;

    d. Armalite M15 Rifle, 223 Cal., Serial Number US234208;

    e. Mossberg 600AT Shotgun, 12 Cal., Serial Number H495560;

    f. Taurus 66 Revolver, 357 Cal., Serial Number 63973; and

    g. 552 Rounds of Assorted Ammunition.

(Hereafter, collectively, the "Defendant Firearms.")

2. The Court has jurisdiction over this subject matter pursuant to 28 U.S.C. §§ 1345 and 1355.

3. This Court has *in rem* jurisdiction over the Defendant Firearms pursuant to 28 U.S.C.§ 1355.

4. This Court has venue over this action pursuant to 28 U.S.C. §§ 1355 and 1395.

5. On January 28, 2015, agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") seized the Defendant Firearms from the residence

of Leonard Owens and his wife Geree Owens, at 820 Sherwood Forest Drive, Birmingham, Alabama.

6. The Defendant Firearms were within the Northern District of Alabama at the time of their seizure.

7. The Defendant Firearms are presently within the custody of the ATF, and are stored in a secure location.

8. In February 2014, Leonard Owens approached a roadblock in the 600 block of Huffman Road, in Jefferson County, conducted by Birmingham Police. Leonard Owens was driving a BMW 745i at the time, and was alone in the vehicle.

9. Officer Robert Stewart of the Birmingham Police Department approached the vehicle driven by Leonard Owens, and smelled a strong odor of marijuana coming from the car.

10. Officer Stewart asked Leonard Owens to exit the vehicle, and asked whether Leonard Owens had any weapons on his person. Leonard Owens responded that he had a firearm in his waistband.

11. Leonard Owens was carrying a Springfield .40 caliber pistol in a holster in his waistband.

12. Leonard Owens is a convicted felon and is ineligible to possess firearms or ammunition.

13. On or about December 29, 2014, Leonard Owens was indicted by a

Grand Jury sitting in the Northern District of Alabama on one count of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1), in case number 2:14-CR-411-KOB-JHE, NDAL.

14. On January 28, 2015, Alabama State Parole & Probation Officer Ralph Woodfin and agents with ATF conducted a search of 820 Sherwood Forest Drive, Birmingham, Alabama, where Leonard Owens lived with his wife, Geree Owens, and his mother, Princess Owens.

15. Leonard Owens was not at the residence at the time, and Princess Owens directed law enforcement to Leonard Owens' bedroom.

16. The Defendant Firearms were located in the closet of the bedroom occupied by Leonard Owens.

17. Leonard Owens was later arrested on the outstanding Federal Arrest Warrant issued after his indictment.

18. Geree Owens is married to Leonard Owens.

19. Law enforcement officers interviewed Geree Owens on January 28, 2015, at her home at 820 Sherwood Forest Drive, Birmingham, Alabama.

20. During the interview, Geree Owens stated that she had been married to Leonard Owens for three years, and that she was aware that Leonard Owens was a convicted felon.

21. Geree Owens claimed that the Defendant Firearms belonged to her, but

admitted that she shared a bedroom with Leonard Owens and that Leonard Owens had access to the Defendant Firearms while Geree Owens was at work.

22.     Geree Owens admitted that she knew that as a convicted felon, Leonard Owens could not possess a firearm.

23.     Title 18, United States Code, Section 922(g)(1) prohibits the possession of a firearm or ammunition, in or affecting commerce, by a convicted felon.  That code section also prohibits the shipment or transport of a firearm or ammunition in interstate or foreign commerce, or the receipt of a firearm or ammunition that has been shipped or transported in interstate or foreign commerce, by a convicted felon.

24.     The Defendant F.N. PS90 Rifle, 57 Cal., Serial Number FN084832 was manufactured outside the state of Alabama.

25.     The Defendant Israel Weapon IND-IWI UZI Pistol was manufactured outside the state of Alabama.

26.     The Defendant Kriss USA Inc., Kriss Vector CR was manufactured outside the state of Alabama.

27.     The Defendant Armalite M15 Rifle, 223 Cal., Serial Number US234208 was manufactured outside the state of Alabama.

28.     The Defendant Mossberg 600AT Shotgun, 12 Cal., Serial Number H495560 was manufactured outside the state of Alabama.

29.     The Defendant Taurus 66 Revolver, 357 Cal., Serial Number 63973 was

manufactured outside the state of Alabama.

30.  None of the Defendant 552 Rounds of Assorted Ammunition were manufactured in the state of Alabama.

31.  Title 18, United States Code, Section 924(d) subjects to seizure and forfeiture any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g).

32.  The Defendant Firearms are subject to forfeiture pursuant to 18 U.S.C. § 924(d), as firearms involved or used in a knowing violation of 18 U.S.C. § 922(g).

33.  The names and addresses of possible claimants known to the United States are as follows:

> Geree Owens
> 820 Sherwood Forest Drive
> Birmingham, AL 35235

WHEREFORE, the Plaintiff requests that due notice issue to enforce the forfeiture and to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed; that the named Defendant Firearms be condemned and forfeited to the United States of America for disposition according to law; and for such other and further relief as this Court may deem just and proper.

JOYCE WHITE VANCE
United States Attorney

JENNIFER S. MURNAHAN
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
(205) 244-2135
Jennifer.Murnahan@usdoj.gov

## **VERIFICATION**

I, EDWARD G. HULL, am a Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and the agent assigned responsibility for this case. I have read the contents of the foregoing Complaint for Forfeiture *In Rem*, and the statements contained therein are true to the best of my knowledge and belief. I base my knowledge for this verification of the Complaint for Forfeiture *In Rem* on the following:

  a. Information provided to me by other law enforcement officers who have participated in the investigation of Leonard Owens;

  b. My participation in the investigation surrounding the seizure of the Defendant Firearms in this action;

  c. My experience in investigations involving the illegal possession of firearms, and the experience of other law enforcement officers related to such investigations.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 7 day of July, 2015.

_____
EDWARD G. HULL
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives